**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*
*Civil Division*

---

*c/o Social Security Administration  tel: (212) 264-2506*
*Office of the General Counsel*
*Office of Program Litigation - 2*
*6401 Security Boulevard*
*Baltimore, MD 21235*

October 7, 2022

BY ECF

Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED.  The parties shall file their joint letter no later than **October 21, 2022.** Plaintiff's counsel is advised to comply with this Court's order promptly.

Dated:  October 7, 2022
New York, New York

Re:    *Calvin Jeffrey v. Commissioner of Social Security*,
       No. 1:21-cv-06502 (JLR)

SO ORDERED

JENNIFER L. ROCHON
United States District Judge

Dear Judge Rochon:

This office represents the Acting Commissioner of Social Security, Defendant in the above-referenced action.  I write respectfully to request an extension of time to respond to the Court's order dated September 23, 2022, directing the parties to file a joint status letter updating the Court on the status of the case.  I drafted a proposed joint status letter, which I emailed to Plaintiff's counsel for her input on September 27, 2022.  I then followed up with Plaintiff's counsel by email on October 3rd and October 6th.  I also reached out to her by telephone today.  Despite these efforts, I have been unable to reach Plaintiff's counsel for her input on the letter.  Accordingly, I respectfully request a two-week extension of time, until October 21, 2022, to comply with the Court's order.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

Attorney for Defendant

By:   /s/ Jessamyn Hanna
Jessamyn Hanna
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
212-264-2506
Jessamyn.Hanna@ssa.gov

Cc (via ECF): Nicole Siderits, Esq.